**Fill in this information to identify the case:**

Debtor 1    Mario Clark

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: District of New Jersey

Case number  25-18706

## Official Form 410

# Proof of Claim

04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Jefferson Capital Systems LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor Verizon Wireless

**2. Has this claim been acquired from someone else?**

☐ No
☑ Yes.  From whom? Verizon Wireless

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Jefferson Capital Systems, LLC
Name

PO Box 7999
Number    Street

St. Cloud              MN          56302-9617
City                   State        ZIP Code

Contact phone    800-928-7314

Contact email    Bankruptcy@JCAP.com

Uniform claim identifier (if you use one):

J C P B K R 2 5 1 8 7 0 6 N J M 5 7 9 7 0 0 0 1

Where should payments to the creditor be sent? (if different)

Jefferson Capital Systems, LLC
Name

PO Box 772813
Number    Street

Chicago               IL          60677-2813
City                   State        ZIP Code

Contact phone    800-928-7314

Contact email    Bankruptcy@JCAP.com

Reference # for Payment 3309480666

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
         MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __0__ __0__ __0__ __1__

---

**7. How much is the claim?**

$_____ 2,817.04. **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Telecom _____

---

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**  $_____

**Amount of the claim that is secured:**  $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

---

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**  $_____

---

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | | Amount entitled to priority |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | | $_____ |
| | * Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑  I am the creditor.

☐  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   09/22/2025
                    MM / DD / YYYY

/s/ Rhonda Pratt
    Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Rhonda Pratt | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Jefferson Capital Systems, LLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 200 14th Avenue E | | |
| | Number        Street | | |
| | Sartell | MN | 56377 |
| | City | State | ZIP Code |
| Contact phone | 800-928-7314 | Email | Bankruptcy@JCAP.com |



**CONTACT INFORMATION**

Jefferson Capital Systems, LLC
Phone:  800-928-7314
Email:    Bankruptcy@JCAP.com

*PROOF OF CLAIM - ACCOUNT STATEMENT SUMMARY CREATED* 09/22/2025

ACCOUNT NUMBER: XXXX-XXXX-XXXX-0001                     CASE: 25-18706

NAME: Mario Clark

### Bankruptcy Rule 3001(c)(2) Balance Statement

| | |
|---|---|
| Principal Balance | $2,817.04 |
| Interest Balance | $0.00 |
| Fee Balance | $0.00 |
| Total Balance as of Bankruptcy Filing | $2,817.04 |

### Bankruptcy Rule 3001(c)(3)(A) Statement

| | |
|---|---|
| **Original Creditor** | Verizon Wireless |
| **Purchased From** | Verizon Wireless |
| **Last Transaction Date** | Not Available |
| **Last Payment Date** | No Payment Ever Made |
| **Charge Off Date** | 04/23/2014 |
| **Open Date** | 12/11/2013 |

**Last Payment Date:**  If no payment was made on the account, the last payment date may be not applicable or the account is considered a first-pay default.  The last payment date may not be available for all accounts.

**Charge Off Date:**  An account may charge off due to a bankruptcy filing or due to non-payment before the bankruptcy filing.

**Based on the information provided in this proof of claim, the claim may be unenforceable because it is outside of the applicable statute of limitations. If you would like further information about this claim or if you seek to have the claim disallowed, please email us at bankruptcy@JCAP.com. If you request, we will provide further evidence entitling us to payment on the claim. If you seek to have the claim disallowed on the basis that it is outside the applicable statute of limitations, we will consent to an order disallowing the claim within 10 business days.   This process is designed to relieve you of the need to file a formal objection based on the statute of limitations.  You are still entitled to file an objection to the claim subject to the Bankruptcy Code and applicable Rules.**

**Media unavailable at time of filing, but has been requested.**

**All information concerning this account is based on records or documentation provided to Jefferson Capital Systems, LLC. To request additional information or documentation with respect to the proof of claim to which it attaches, please contact a claim specialist at 800-928-7314 or at bankruptcy@JCAP.com.  Some documents may no longer be available, may have been lost or destroyed, or otherwise unavailable.**

verizon✓

**Attachment 3**
to the Term Agreement

Bill of Sale and Assignment of Accounts

Purchase Date: June 23, 2016

The undersigned Assignor ("**Assignor**") hereby absolutely sells, transfers, assigns, sets-over and conveys to Jefferson Capital Systems, LLC ("**Assignee**"), organized under the laws of the state of Georgia, all of Assignor's right, title and interest in and to each of the Accounts identified in the Electronic Data Delivery File attached to the Term Agreement as Attachment 1 (the "**Purchased Accounts**"), together with the right to collect all principal, late fees or other proceeds of any kind with respect to the Purchased Accounts remaining due and owing as of the Purchase Date.

With respect to Account information for the Purchased Accounts listed in the Electronic Data Delivery File attached to the Term Agreement as Attachment 1, Assignor represents and warrants to Assignee (1) that the information contained in each Electronic Data Delivery File provided by Assignor reflects the actual Account data in the business records of Assignor and that the stated amount due from the Customer is the amount due and payable on such Account by the identified Customer as of the Purchase Date based on the business records of Seller, (2) that the Purchased Account information was kept in the regular course of Assignor's business; (3) the Purchased Account information was made at or near the time by or from information transmitted by, a person with knowledge of the data entered into and maintained in the Assignor's database; and (4) it is the regular practice of Assignor's business to maintain and compile such data.

ASSIGNOR:

**CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and
its Affiliates on behalf of VERIZON WIRELESS**

By: _____

Printed Name: _Jay  A. Stillwell_

Title: _Director_

Date: _6 - 23 - 16_

MA-004039-2015

Verizon Confidential & Proprietary

Page 5 of 5