UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

25-14469 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Truist Bank

In Re:

MARIO E. CLARKE AKA MARIO EVERTON CLARKE DBA JUST ALOE INCORPORATED

Case No: 25-18706-ABA

Hearing Date: October 22, 2025

Judge: ANDREW B. ALTENBURG, JR

Chapter: 13

# OBJECTION TO CONFIRMATION
# OF DEBTOR'S CHAPTER 13 PLAN

Truist Bank ("Creditor"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* [DE 3], and states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on August 19, 2025.

2. Creditor holds a security interest in the Debtor's real property located at 3017 Ridge Ave, Philadelphia, PA 19121 (the "Property"), by virtue of a Mortgage.

3. The Debtor filed a Chapter 13 Plan (the "Plan") on August 19, 2025 [DE 3].

4. Creditor filed a Proof of Claim in this case on October 3, 2025 (Claim No. 13).

5. The Plan includes payments toward the Note and Mortgage with Creditor, however the figures used by the Debtor are inaccurate and do not conform to Creditor's timely-filed Proof of Claim. The correct pre-petition arrearage totaling $111,248.32, whereas the Plan proposes to

pay only $96,756.70.

6. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Creditor objects to any plan which proposes to pay it anything less than $111,248.32 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, Creditor respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Creditor as stated herein, and for such other and further relief as the Court may deem just and proper.

/s/Kimberly A. Wilson
Andrew Spivack, NJ Bar No. 018141999
Kimberly A. Wilson, NJ Bar No. 031441997
Jay Jones, NJ Bar No. 972011
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: NJBKR@brockandscott.com

| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 25-14469 BKOBJ01 <br> BROCK & SCOTT, PLLC <br> 302 Fellowship Rd, Suite 130 <br> Mount Laurel, NJ 08054 <br> (844) 856-6646 <br> Attorneys for Truist Bank |
| In Re: <br><br> MARIO E. CLARKE AKA MARIO EVERTON CLARKE DBA JUST ALOE INCORPORATED |

Case No: 25-18706-ABA

Hearing Date: October 22, 2025

Judge: ANDREW B. ALTENBURG, JR

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Elizabeth Oliver:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Truist Bank in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On the undersigned date, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 16, 2025                    /s/ *Elizabeth Oliver*
                                                Elizabeth Oliver

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MARIO E. CLARKE<br>224 HAWKINS LANE<br>WENONAH, NJ 08090 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| LEE MARTIN PERLMAN<br>1926 GREENTREE ROAD<br>SUITE 100<br>CHERRY HILL, NJ 08003 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Andrew B Finberg<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| US Dept of Justice<br>Office of the US Trustee | US Trustee | ☐ Hand-delivered |

| | | |
|---|---|---|
| One Newark Center Ste 2100<br>Newark, NJ 07102 | | ☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.