| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>25-14469 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Truist Bank | Order Filed on November 12, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MARIO E. CLARKE AKA MARIO EVERTON CLARKE DBA JUST ALOE INCORPORATED | Case No: 25-18706-ABA<br><br>Hearing Date:<br><br>Judge: ANDREW B. ALTENBURG, JR<br><br>Chapter: 13 |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

DATED: November 12, 2025

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>25-14469 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Truist Bank | |
| In Re:<br><br>MARIO E. CLARKE AKA MARIO EVERTON CLARKE DBA JUST ALOE INCORPORATED | Case No: 25-18706-ABA<br><br>Hearing Date: November 12, 2025<br><br>Judge: ANDREW B. ALTENBURG, JR<br><br>Chapter: 13 |

  The Consent Order pertains to the property located at 3017 Ridge Ave, Philadelphia, PA 19121, mortgage account ending with "3062";

  This Matter having been brought before the Court by, Lee Martin Perlman, Lee M. Perlman, Esquire, attorney for Debtor, MARIO E. CLARKE (hereinafter the "Debtor"), upon the filing of a Chapter 13 Plan, Truist Bank (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

  1. The Parties agree that this consent order shall be made part of the Confirmation Order.

  2. The Debtor agrees that they shall cure the full amount of Creditor's valid secured Proof of Claim (#13) which lists pre-petition arrears in the amount of $111,248.32.

  3. If required by the Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in Truist Bank's allowed secured Proof of Claim.

      4.     Debtor shall timely pay the monthly post-petition mortgage payment in the amount of $5,655.63 direct to creditor outside the plan. Said amount is subject to changes in accordance with the terms of the note and mortgage.

      5.     If the Debtor fails to make any regular monthly mortgage payment within thirty (30) days of the date it becomes due, then the Creditor may obtain an Order vacating, terminating and/or annulling the Automatic Stay as to the Property by filing, with the Bankruptcy court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Bankruptcy Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and Debtor's attorney.

      6.     This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
 Truist Bank
 By Its Attorney,

/s/ Kimberly A. Wilson
Kimberly A. Wilson
(Bar No. 031441997)
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston-Salem, NC 27103
Telephone: 844-856-6646
Facsimile: 704-369-0760
E-Mail: njbkr@brockandscott.com

Dated:   11/06/2025

DEBTOR
ByITheirIAttorney,

/s/ Lee M. Perlman, Esquire
Lee Martin Perlman, Esquire
Attorney for Debtor
1926 Greentree Road,
Suite 100,
Cherry Hill, NJ 08003
Fax: (856) 751-4226
Email: ecf@newjerseybankruptcy.com

Dated: 10/27/2025