| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY  **Caption in Compliance with D.N.J. LBR 9004-1(b)**  25-14469 BKOBJ01 BROCK & SCOTT, PLLC 302 Fellowship Rd, Suite 130 Mount Laurel, NJ 08054 (844) 856-6646 Attorneys for Truist Bank |   Order Filed on November 12, 2025 by Clerk U.S. Bankruptcy Court District of New Jersey |
|---|---|
| In Re:  MARIO E. CLARKE AKA MARIO EVERTON CLARKE DBA JUST ALOE INCORPORATED | Case No: 25-18706-ABA  Hearing Date:  Judge: ANDREW B. ALTENBURG, JR  Chapter: 13 |

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

DATED: November 12, 2025

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>25-14469 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Truist Bank | |
|---|---|
| In Re:<br><br>MARIO E. CLARKE AKA MARIO EVERTON CLARKE DBA JUST ALOE INCORPORATED | Case No: 25-18706-ABA<br><br>Hearing Date: November 12, 2025<br><br>Judge: ANDREW B. ALTENBURG, JR<br><br>Chapter: 13 |

The Consent Order pertains to the property located at 3017 Ridge Ave, Philadelphia, PA 19121, mortgage account ending with "3062";

This Matter having been brought before the Court by, Lee Martin Perlman, Lee M. Perlman, Esquire, attorney for Debtor, MARIO E. CLARKE (hereinafter the "Debtor"), upon the filing of a Chapter 13 Plan, Truist Bank (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

    1.    The Parties agree that this consent order shall be made part of the Confirmation Order.

    2.    The Debtor agrees that they shall cure the full amount of Creditor's valid secured Proof of Claim (#13) which lists pre-petition arrears in the amount of $111,248.32.

    3.    If required by the Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in Truist Bank's allowed secured Proof of Claim.

    4. Debtor shall timely pay the monthly post-petition mortgage payment in the amount of $5,655.63 direct to creditor outside the plan. Said amount is subject to changes in accordance with the terms of the note and mortgage.

    5. If the Debtor fails to make any regular monthly mortgage payment within thirty (30) days of the date it becomes due, then the Creditor may obtain an Order vacating, terminating and/or annulling the Automatic Stay as to the Property by filing, with the Bankruptcy court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Bankruptcy Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and Debtor's attorney.

    6. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
 Truist Bank             DEBTOR
 By Its Attorney,           ByITheirIAttorney,

*/s/ Kimberly A. Wilson*        /s/ Lee M. Perlman, Esquire
Kimberly A. Wilson         Lee Martin Perlman, Esquire
(Bar No. 031441997)        Attorney for Debtor
Attorney for Creditor         1926 Greentree Road,
BROCK & SCOTT, PLLC       Suite 100,
3825 Forrestgate Drive        Cherry Hill, NJ 08003
Winston-Salem, NC 27103      Fax: (856) 751-4226
Telephone: 844-856-6646      Email: ecf@newjerseybankruptcy.com
Facsimile: 704-369-0760
E-Mail: njbkr@brockandscott.com

Dated: 11/06/2025           Dated: 10/27/2025

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-18706-ABA |
| Mario E. Clarke | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 12, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mario E. Clarke, 224 Hawkins Lane, Wenonah, NJ 08090-1550 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg  courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC  dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Truist Bank  kimberly.wilson@brockandscott.com  wbecf@brockandscott.com |
| Lee Martin Perlman | on behalf of Debtor Mario E. Clarke  ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Nov 12, 2025 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6