Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−18706−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mario E. Clarke
   aka Mario Everton Clarke, dba Just Aloe
   Incorporated
   224 Hawkins Lane
   Wenonah, NJ 08090

Social Security No.:
   xxx−xx−5797

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/13/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: November 13, 2025
JAN: as

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Mario E. Clarke  
    Debtor

Case No. 25-18706-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Nov 13, 2025      Form ID: 148      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mario E. Clarke, 224 Hawkins Lane, Wenonah, NJ 08090-1550 |
| cr | + | Truist Bank, 1001 Semmes Avenue, Richmond, VA 23224-2245 |
| 520783466 | + | Cash Store, 1321 N. Tenessee Street, Suite 102, McKinney, TX 75069-2155 |
| 520799534 | + | Rompel Alam, Esq., 825 EAST GATE BOULEVARD SUITE 308, SUITE 308, Garden City, NY 11530-2141 |
| 520783477 | + | Stephanie Charles, c/o Rompel Alam, PC, 825 E. Gate Boulevard, Suite 308, Garden City, NY 11530-2141 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520783462 | | Email/Text: EBN@brockandscott.com | Nov 13 2025 21:02:00 | Brock & Scott PLLC, 3825 Forrestgate Dr, Winston Salem, NC 27103 |
| 520783463 | + | EDI: CAPITALONE.COM | Nov 14 2025 01:41:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520803038 | + | EDI: AIS.COM | Nov 14 2025 01:41:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520783467 | + | EDI: JPMORGANCHASE | Nov 14 2025 01:41:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520785147 | + | EDI: AISACG.COM | Nov 14 2025 01:41:00 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520783468 | | EDI: IRS.COM | Nov 14 2025 01:41:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520816319 | | EDI: JEFFERSONCAP.COM | Nov 14 2025 01:41:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 520802517 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 13 2025 21:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520783469 | ^ | MEBN | Nov 13 2025 20:56:43 | KML Law Group, PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 520857147 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 21:12:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520859490 | ^ | MEBN | Nov 13 2025 20:55:31 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

Case 25-18706-ABA   Doc 26   Filed 11/15/25   Entered 11/16/25 00:19:14   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2025 | Form ID: 148 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520783470 | | Email/Text: camanagement@mtb.com | Nov 13 2025 21:03:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520783471 | + | EDI: NFCU.COM | Nov 14 2025 01:41:00 | NAVY FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 520842131 | + | EDI: NFCU.COM | Nov 14 2025 01:41:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 520868166 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 13 2025 21:02:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520783476 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Nov 13 2025 21:04:00 | NY State Department of Taxation & Financ, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 520783473 | + | EDI: NFCU.COM | Nov 14 2025 01:41:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 520829140 | | EDI: NFCU.COM | Nov 14 2025 01:41:00 | Navy Federal Credit Union Attn Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 520783475 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 13 2025 21:02:00 | New Jersey Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 520831925 | + | Email/Text: bncmail@w-legal.com | Nov 13 2025 21:03:00 | Scolopax, LLC, 749 GATEWAY, SUITE G-601, 749 GATEWAY, SUITE G-601, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 520783478 | + | Email/Text: bankruptcy@bbandt.com | Nov 13 2025 21:03:00 | Truist Bank, Attn: Bankruptcy, 200 Pine St W, Wilson, NC 27893-3288 |
| 520832468 | + | Email/Text: bankruptcy@bbandt.com | Nov 13 2025 21:03:00 | Truist Bank, Bankruptcy Department 306-40-04-95, PO Box 27767, Richmond, VA 23261-7767 |
| 520784302 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 13 2025 21:24:08 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520783479 | + | Email/Text: bkelectronicnotices@usaa.com | Nov 13 2025 21:02:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 520795159 | + | Email/Text: RASEBN@raslg.com | Nov 13 2025 21:02:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520783464 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520783465 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520783472 | *+ | NAVY FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 520783474 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 25-18706-ABA    Doc 26    Filed 11/15/25    Entered 11/16/25 00:19:14    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2025 | Form ID: 148 | Total Noticed: 32 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Truist Bank kimberly.wilson@brockandscott.com  wbecf@brockandscott.com |
| Lee Martin Perlman | on behalf of Debtor Mario E. Clarke ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6